

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00189-CV

**IN RE** Eugenio Angel **MARTINEZ**

Original Proceeding[1]

PER CURIAM

Sitting:       Patricia O. Alvarez, Justice
                 Irene Rios, Justice
                 Liza A. Rodriguez, Justice

Delivered and Filed: April 27, 2022

DISMISSED

On April 5, 2022, the Relator filed a petition for writ of mandamus. On April 6, 2022, the Relator filed a motion to dismiss stating the parties have settled all claims. The motion is granted and this original proceeding is dismissed.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021-CVA-000857-D1, styled *Viridiana Maldonado v. Eugenio Angel Martinez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.